

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-17-00016-CV
_____


MACK GWEN JONES, Appellant

V.

ILIANA GONZALEZ QUIROGA, Appellee



On Appeal from the County Court
Titus County, Texas
Trial Court No. C01990



Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

The appellate record in this matter was filed February 8, 2017, making the appellant's brief originally due March 10. That deadline was extended once, on appellant's motion, resulting in the most recent due date of April 10. On April 5, the appellant filed a motion seeking a second thirty-day extension of the deadline for filing his brief.

We have reviewed both appellant's second motion to extend the briefing deadline and the record on appeal, and we find no compelling information to convince us that additional time to prepare the brief in this matter is warranted. Consequently, appellant's motion is overruled.

By this order, we set the final deadline for filing appellant's brief as May 10, 2017. This order will further serve as notice under Rule 38.8 of the Texas Rules of Appellate Procedure that should appellant fail to file a brief on or before May 10, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1).

IT IS SO ORDERED.

BY THE COURT

Date: April 11, 2017